IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN VRINER and LUCINDA VRINER, | |
| Plaintiffs, | Civil Action No. 1:21-cv-01497 |
| v. | Judge Virginia M. Kendall |
| TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation, and McKESSON MEDICAL-SURGICAL INC., a Virginia Corporation, | Magistrate Judge Heather K. McShain |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs John Vriner and Lucinda Vriner, and Defendant Teva Pharmaceuticals USA, Inc., that this action shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs and attorneys' fees.

Dated: March 24, 2023

Respectfully submitted,

/s/ Edmund J. Scanlan
Edmund J. Scanlan
**SCANLAN LAW GROUP**
30 North Michigan Avenue, Suite 1024
Chicago, Illinois 60602
312.422.0343
312.422.0358 (facsimile)
877.494.1309 (toll-free)
ejs@scanlanlawgroup.com
www.scanlanlawgroup.com
cell 312-523-9515

/s/ William F. Northrip
William F. Northrip (#6315988)
**SHOOK, HARDY & BACON L.L.P.**
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Tel: (312) 704-7798
wnorthrip@shb.com

Glenn S. Kerner (admitted *pro hac vice*)
Nilda M. Isidro (admitted *pro hac vice*)
**GREENBERG TRAURIG, LLP**

2

*Attorney for Plaintiffs*

One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
glenn.kerner@gtlaw.com
nilda.isidro@gtlaw.com

Carla R. Karp (admitted *pro hac vice*)
**GREENBERG TAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel: (973) 443-3261
carla.karp@gtlaw.com

*Attorneys for Defendant Teva
Pharmaceuticals USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, I caused a copy of the foregoing document to be served on all parties who have appeared through the Court's CM/ECF system.

/s/ William Northrip